**STATE v. WILLIAMS**

[357 N.C. 503 (2003)]

STATE OF NORTH CAROLINA v. ALBERT RAY WILLIAMS

No. 4A03

(Filed 2 October 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 154 N.C. App. 466, 572 S.E.2d 213 (2002), finding no error in a judgment entered 29 May 2001 by Judge Frank Brown in Superior Court, Hertford County. Heard in the Supreme Court 8 September 2003.

*Roy Cooper, Attorney General, by Douglas W. Corkhill, Assistant Attorney General, for the State.*

*Anne M. Gomez for defendant-appellant.*

PER CURIAM.

AFFIRMED.